# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Brangan v. Feher | 2332 EDA 2014<br>Vacated and<br>Remanded | 09/01/2016 | No. 2011–00678<br>(Bucks) |
| Brangan v. Feher | 279 EDA 2015<br>Vacated and<br>Remanded | 09/01/2016 | No. 2011–00678<br>(Bucks) |
| Com. v. Gallagher | 2064 EDA 2015<br>Affirmed | 09/01/2016 | CP–46–CR–0000780–<br>2014<br>(Montgomery) |
| Fake v. Fake | 2192 EDA 2015<br>Affirmed | 09/01/2016 | No. 04–07331<br>PACSES# 103107473<br>(Philadelphia) |
| In the Interest of: D.D.C. | 3400 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 09/01/2016 | CP–51–JV–0001393–<br>2015<br>(Philadelphia) |
| Com. v. Moser | 3744 EDA 2015<br>Affirmed | 09/01/2016 | CP–13–CR–0000970–<br>2012<br>(Carbon) |
| In the Interest of: A.J.M. | 487 EDA 2016<br>Affirmed | 09/01/2016 | 51–FN–001446–2014<br>CP–51–AP–0000522–<br>2015<br>(Philadelphia) |